# U.S. BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

ANTHONY MERRITT

Debtor.

Case No.: 18-13087-amc
Chapter 13

## ORDER

Upon the application of the debtor above named, dated July 13, 2018, for an order dismissing this case, and it appearing that on May 8, 2018, applicant filed a petition for relief under chapter 13 of title 11, United States Code, and that this case has not been converted under section 706, 1112, or 1208 of said title 11, it is

**ORDERED**, that the above entitled case be and the same is dismissed pursuant to section 1307(b) of title 11, United States Code, and it is further

**ORDERED**, that the trustee herein, be and hereby is discharged.

DATED: _____

ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE