```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                              Case No. 18-13087-amc
Anthony D Merritt                                                   Chapter 13
      Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Virginia               Page 1 of 1                  Date Rcvd: Jul 17, 2018
                              Form ID: pdf900              Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2018.
db             +Anthony D Merritt,    1433 Astor St,    Norristown, PA 19401-2958
14103675       +Apothaker and Associates,    520 Fellowship Road c306,    Mount Laurel, NJ 08054-3410
14103677       +Chase Card Services,    Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
14103678       +Citibank/The Home Depot,    Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
14103679       +Citicards,   Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
14103680        Eagle One Fcu,    Po Box 13160,   Philadelphia, PA 19101
14103682       +Jon Sirlin,    123 S. Broad St.,    Ste. 2100,    Philadelphia, PA 19109-1042
14103684       +Raymour & Flanigan,    Attn: Bankruptcy,    Po Box 220,    Liverpool, NY 13088-0220
14103685      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Financial Services,     Attn: Bankruptcy,    Po Box 8026,
                 Cedar Rapids, IA 52409)
14114159       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14124464       +Toyota Motor Credit Corporation,    c/o REBECCA ANN SOLARZ,    KML Law Group, P.C.,
                 710 Market Street, Suite 5000,    Philadelphia, PA 19106-2312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jul 18 2018 02:16:52     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 18 2018 02:16:32
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 18 2018 02:16:51     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14103676       +E-mail/Text: bankruptcy@cavps.com Jul 18 2018 02:16:48     Cavalry Portfolio Services,
                 Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
14124297       +E-mail/Text: bankruptcy@cavps.com Jul 18 2018 02:16:48     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14103681       +E-mail/Text: bknotice@ercbpo.com Jul 18 2018 02:16:45     ERC/Enhanced Recovery Corp,
                 Attn: Bankruptcy,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
14103683        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 18 2018 02:16:00
                 Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2018 at the address(es) listed below:
              ALEXANDER G. TUTTLE    on behalf of Debtor Anthony D Merritt agt@tuttlelegal.com,
               allie@tuttlelegal.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 4
```

U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Case No.: 18-13087-amc
: Chapter 13
ANTHONY MERRITT :
:
:
Debtor. :
:

ORDER

Upon the application of the debtor above named, dated July 13, 2018, for an order dismissing this case, and it appearing that on May 8, 2018, applicant filed a petition for relief under chapter 13 of title 11, United States Code, and that this case has not been converted under section 706, 1112, or 1208 of said title 11, it is

**ORDERED**, that the above entitled case be and the same is dismissed pursuant to section 1307(b) of title 11, United States Code, and it is further

**ORDERED**, that the trustee herein, be and hereby is discharged.

DATED:  _____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE